NUMBERS

13-04-412-CV

13-05-415-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS CHRISTI - EDINBURG

 

ARELY HERNANDEZ, OLVIDO HERNANDEZ,

AND
JUAN HERNANDEZ,                                                              Appellants,

 

                                                             v.

 

BRIDGESTONE/FIRESTONE, INC. AND
BRIDGESTONE

CORPORATION,
ET AL.,                                                                 Appellees.

 

 

                            On
appeal from the 332nd  District Court

                                        of
Hidalgo County, Texas.

 

 

                               MEMORANDUM
OPINION

 

           Before
Chief Justice Valdez and Justices Hinojosa and Rodriguez

                                    Memorandum
Opinion Per Curiam

 








Appellants, ARELY HERNANDEZ, ET AL.,
perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County,
 Texas, in cause number C-093-02-F.  After the
record and briefs were filed, the parties filed a joint motion to dismiss the
appeal as to appellants, ARELY HERNANDEZ, OLVIDO HERNANDEZ, AND JUAN HERNANDEZ,
and appellees, BRIDGESTONE/FIRESTONE, INC. AND BRIDGESTONE CORPORATION, ET
AL.   Appellants,  ARELY HERNANDEZ, OLVIDO HERNANDEZ, AND JUAN
HERNANDEZ, move that this Court dismiss them from the instant appeal.  The appeal between appellants,  ARELY HERNANDEZ, OLVIDO HERNANDEZ, AND JUAN
HERNANDEZ,  and  appellees, BRIDGESTONE/FIRESTONE, INC. AND
BRIDGESTONE CORPORATION, ET AL.,  is
severed from the original appeal and is docketed under cause number
13-05-415-CV.

Having considered the joint motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The joint motion to
dismiss the appeal of appellants,   ARELY
HERNANDEZ, OLVIDO HERNANDEZ, AND JUAN HERNANDEZ, is hereby granted.  The appeal as to appellants, ARELY HERNANDEZ,
OLVIDO HERNANDEZ, AND JUAN HERNANDEZ, and appellees, BRIDGESTONE/FIRESTONE,
INC. AND BRIDGESTONE CORPORATION, ET AL., in cause number 13-05-415-CV is
ordered DISMISSED.  

The remaining issues in the appeal will remain
docketed under cause number 13-04-412-CV.

 

PER CURIAM

 

Memorandum
Opinion delivered and filed 

this
the 14th day of July, 2005.